UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANGELA KAY FONTENOT | CIVIL ACTION NO. 6:16-cv-00772 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner is **AFFIRMED** and this matter is dismissed with prejudice, consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this 5 day of Sept, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE